```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA

ALLAN J. BASIK, ET AL.              CIVIL ACTION

VERSUS                              NO: 07-4425

AMERICAN SECURITY INSURANCE         SECTION: "J" (1)
COMPANY, ET AL.
```

### ORDER AND REASONS

Before the Court is Defendant, National Flood Insurance Program's Motion to Dismiss (Rec. Doc. 11). For the reasons below, Defendant's Motion is **GRANTED**.

### BACKGROUND

The lawsuit arises out of damages that Plaintiff suffered as a result of Hurricane Katrina. In addition to the National Flood Insurance Program (NFIP), Plaintiff filed suit against American National Property and Casualty Company on August 27, 2007. In their complaint, Plaintiffs alleged that Fidelity National is a WYO Flood Insurer. Furthermore, Plaintiff's Complaint does not allege any facts that would make NFIP liable.

NFIP filed the instant motion on January 22, 2008 and set the motion for hearing on February 6, 2008. LR 7.5E requires

that any opposition to a motion must be filed no later than eight calendar days prior to the hearing date. Therefore, Plaintiff must have filed any opposition into the record by January 29, 2008. No such opposition has been filed.

## DISCUSSION

NFIP asserts that in situations like this one , when an insured purchases a flood policy through a WYO carrier and has the claim adjusted and settled by the WYO carrier, the only proper party to the lawsuit is the WYO carrier. *See Wiedemann v. Harleysville Mut. Ins.*, No. 06-4723, 2006 WL 3462926 (E.D. La. Nov. 28, 2006); 44 C.F.R §§ 62.23(d), 62.23(I)(6), 61.13(f). Defendant's Motion is well-taken, and in the absence of meaningful argument or opposition from Plaintiff, this Court agrees. Accordingly,

**IT IS ORDERED** that Defendant, National Flood Insurance Program's Motion to Dismiss (Rec. Doc. 11) is **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant, National Flood Insurance Program are **DISMISSED**.

New Orleans, Louisiana this the 31st day of January, 2008.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE